SCANNED Case 3:23-cv-00219-RLY-CSW    Document 3    Filed 12/08/23    Page 1 of 5 PageID #: 3
SCANNED at SDCF and Emailed on
12/8/23 by PM - 6 pages.
(date)   (initials)  (num)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

FILED
12/08/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**DURRELL BREAZIEL (978353)**

VS

**INDIANA DEPARTMENT OF CORRECTIONS**

**CHRISTINA REAGLE (COMMISSIONER)**

**DANNY MITCHELL (WARDEN)**        Case No: 3:23-cv-00219-RLY-CSW

**CHARLENT BURKETT (OMBUDSMAN)**

**RICHARD WRIGHT (CENTURION MEDICAL)**

**R. HOWERTON (MAINTENANCE SUPERVISOR)**

**R. JAMES (MAINTENANCE)**

**LASHAY W NEWTON (ATTORNEY AT LAW) (MED-1 SOLUTIONS)**

Comes now the Plaintiff **Durrell Duante' Breaziel Pro se**, pursuant to **42 USC 1983** Plaintiff moves that this **42 USC 1983** be liberally construed and not held to the same standards as those drafted by lawyers. **See, Erickson v. Pardue, 551 U.S. 89, 94 (2007)** documents filed **Pro se** are to be liberally construed and Pro se complaints, however in artfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.

1. **COMPLAINT**

On **May 12th 2023** I filed a **Grievance State Form 45471 (R5 / 3-20) case#23-145225** my complaint was. I got into the shower on the west side of the dorm is where the incident happened. I got burned pretty badly on my genitals from the hot water. I noticed the next morning my genitals were very swollen I was hoping it was going to get better but it got worse. **The response from Mr. Howerton is our water temps are checked in each housing weekly, sometimes more when issues arise. These devices are anti-scald equipped as well. I will have my plumbers verify the temps again to ensure that they are within comfort/safety range. Per Mr. Wright the nurse explained to you on 05/20/2023 to submit a Request for Healthcare if I was still having problems.** On May 19th 2023 I filled out a **Request for Health Care State Form 45913 (R3 / 9-12) case#238915** my complaint was. I burned my genital area with the hot water from the shower and the burn still hasn't healed yet properly. I have been swollen and it's a problem I want to be seen about this so I can be treated properly I also don't want to have any infection. **Response from Health Care Staff they gave me some antibacterial soap, and some burn cream.** On May 22nd 2023 I filled out a **Grievance Appeal to the Warden State Form 45473 (R3 / 4-17) facility level appeal.** I disagree with the Deputy Warden Virginia Sampson's response claiming that the situation was Unfounded/Denied. **There was not a full investigation in this matter because I got burned pretty badly. I disagreed with the decision and had it sent to Central Office to Mr. I. Randolph the final reviewing**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

authority. On **May 28th 2023** I filled out a **Request for Health Care State Form 45913 (R3 /9-12) case# 239513** my complaint was. I was seen on 5-21-2023 for a burn and it's not doing any better because it's still swollen can I be seen again. **The Response from the Health Care Staff is <u>referred</u>**. On **June 1st 2023** I filled out a **Request for Health Care State Form 45913 (R3 / 9-12) case# 239562** my complaint was. I was just seen by a nurse a few days ago about a burn I had on my genital from the hot water in the shower and it's not healing properly because it's still swollen. I'm thinking I might have an infection due to me not being able to clean myself with the proper medicine. **The Response from the Health Care Staff was signed refusal.** On **June 10th 2023** I filled out a **Request for Health Care State Form 45913 (R3 / 9-12) case#241059** my complaint was. I have been seen by the Health Care Staff for a burn on my genitals. I have caught an infection because I was given antibiotics for it. This burn happened almost a month ago and I am having severe pain, splitting or bleeding I want to know how to get this healed properly. **The response from the Health Care Staff was I will be referred to see a Doctor.** On **June 25th 2023** I filled out a **Request for Health Care State Form 45913 (R3 / 9-12) case#240879** my complaint was. I haven't been seen for a month now after being burned on my genitals by the hot water in the shower and the burn is not healing properly. **The response from Health Care Staff was being referred to Doctor.** On **July 24th 2023** I filled out a Request for **Health Care State Form 45913 (R3 / 9-12) case#237376** my complaint was I was first seen about this issue on 5/20/2023 and I am still having problems. The problem is that I am having major problems still and I am itching due to this. It is hurting my genitals really bad and I need to see a specialist. On **September 8th** I had surgery see my Medical Records and notes attached with this claim. On **September 9th 2023** I filled out a **Request for Health care State Form 45913 (R3 / 9-12) case#237611** my complaint was I want to know if I can get a medical lay-in because of me just having a surgery done with stitches to my genitals. I will be scheduled to go to work on **9-11-2023** but my stitches won't be fully dissolved until **9-15-2023** that is what the Doctor said so can my lay-in be until **9-15-2023 or 9-18-2023**. Health care staff granted the request on **September 9th 2023** I filled out another **Request for Health care State Form 45913 (R3 / 9-12) case#241943** my complaint was my burn has become swollen even more that it was from the Surgery I had Friday. On **September 27th 2023** I filled out a **Request for Health care State Form 45913 (R3 / 9-12) case#244852** my complaint was I had a surgery on **9/8/2023** and I still have swelling that I am concerned about there was no response from health care staff.

On 11-3-23 I filed a **Tort Claim** with **Internal Affairs (Officer Benton Stroud)** and at the **(Attorney General's Office Theodore Rokita).** I filled out a Remittance Slip for **Certified Postage** State Form **35720** my case manager Mcmanaway signed the remittance slip.

On <u>11-21-2023</u> keep getting bills from Med-1 Solutions with a document signed by **LASHAY W NEWTON ATTORNEY AT LAW SEE <u>(EXHIBIT D PAGE 17 OF 19)</u>**.

Here is my case # from the **Ombudsman Bureau** I wrote **Charlene Burkett** the Director on my tablet by selecting the request tab.

23-000000116340    11-30-23    5:26 P.M.    AUTHOR DOC-STAFF

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

**11-11-1.5-1. Bureau defined.**
As used in this chapter, bureau refers to the department of correction ombudsman bureau established within the department of administration by IC 4-13-1.2-3. The term includes individuals approved to act in the capacity of ombudsmen by the department of correction ombudsman bureau.

**HISTORY:**
P.L.292-2001, 5.

**NOTES TO DECISIONS**

**Legislative Intent.**

Inmates complaint seeking relief relating to alleged prison conditions was properly dismissed pursuant to IC 34-58-1-2 because the complaint did not state, or even suggest, that the inmate pursued any administrative remedies prior to filing his action, and it was presumed that the prison had a system for addressing prisoner grievances; it was presumed that the Indiana State Prison had a system for addressing prisoner grievances. Further, the legislature intended in IC 11-11-1-1 et seq. and IC 4-13-1.2-5 to create an additional layer of administrative review for the protection of prisoners. Abdul-Wadood v. Batchelor, 865 N.E.2d 621, 2007 Ind. App. LEXIS 863 (Ind. Ct. App. 2007).

**11-11-1.5-2. Ombudsman defined.**

As used in this chapter, ombudsman means an employee of the bureau or an individual approved by the bureau to investigate and resolve complaints regarding the health and safety of any person, and violations by the department of specific laws, rules, or written policies.

**HISTORY:**
P.L.292-2001, 5.

## 2. THE ESTABLISHMENT OF STANDARDS FOR THE MAINTENANCE OF CORRECTINAL FACILITIES I.D.O.C. POLICY 04-02-101

**DEFINITIONS:**

A. **Equipment and Machinery maintenance History Record:** A record kept by Maintenance Services that indicates the history of repairs to equipment and machinery at a facility
B. **Facility Maintenance:** The set of managed activities which, when properly performed, allow for continuous operation of a facility.

C. **Maintenance Assignment Offenders**: Offenders assigned to facility maintenance staff. These persons may be skilled, semi-skilled or in trainee status.
D. **Maintenance Services:** Maintenance services include the following skilled trade crafts: welding plumbing, painting, carpentry, refrigeration, electrical, motor vehicle maintenance, roads and grounds and remodeling/renovation involving any of the preceding crafts.
E. **Maintenance Services Staff:** Personnel assigned to the maintenance section who are skilled tradesmen or may be foreman or supervisors.
F. **Preventive Maintenance Buildings History Record:** A record kept by Maintenance Services that indicates the history of the construction and maintenance of buildings and structures at the facility.

## MAINTENANCE OBJECTIVES

### THE OBJECTIVE OF FACILITY MAINTENANCE SERVICES ARE:

A. To provide a safe, clean, orderly environment for staff and offenders at minimum costs.
B. To provide a variety of maintenance services to the facility using staff supervision and offender labor.
C. To provide skilled trades training on the job for the offender maintenance labor force
D. To provide an effective preventative maintenance schedule on buildings, grounds at a level that will substantially reduce emergency maintenance.
E. Too accurately monitor and record the ongoing costs of each maintenance activity.
F. To follow the department's policies on purchasing and asset management which ensure that proper materials, parts and services are available to maintain full facility operation.

## STAFF AUTHORITY AND RESPONSIBILITY

A. **INDIVIDUAL EMPLOYEE**
   1) May request maintenance services through his/her office, division or department head by preparing a Work Order.
   2) May Report unsatisfactory work through his/her own office, division or department head.
   3) Should notify through his/her office, division or department head, Maintenance Services of any conditions or situations that require maintenance services or are a hazardous condition.
B. **MAINTENANCE SERVICES SUPERVISOR**
   1) May institute maintenance services through his/her own department by preparing work order
   2) May report unsatisfactory work through his/her department section
   3) Should notify Maintenance Services of any conditions or situations requiring maintenance or which present a hazardous condition

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

3. **DAMAGES**

The actions and omissions that caused this loss are criminal, clearly outside the scope of the employee's **employment, malicious, willful, and wanton** or calculated to benefit the employee's **personally I am seeking $250,000 in Compensatory Damages, $250,000 Nominal Damages, and $400,000 in Punitive Damages for a total of $900,000.** I have been under a great deal of stress and mental anguish. My case deserves to be heard in federal court because of these violations and conduct I had a serious injury because of this.

4. **EXHIBITS**
   A) See (**Exhibit A** Grievances: 9 PAGES)
   B) See (**Exhibit B** Medical Request for Health Care State Form 45913: 10 PAGES)
   C) See (**Exhibit C** Tort Claim Notice and REQUEST FOR REMITTANCE STATE FORM 35720: 5 PAGES)
   D) See (**Exhibit D** Medical Documents from Deaconess Hospital and Branchville: 19 PAGES)

5. **FILING FEE**
   I AM REQUESTING TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE I AM ATTACHING THE PAPERWORK WITH THIS COMPLAINT.

   I AM NOT SURE IF YOU WANT MY EXHIBITS NOW OR AT A LATER DATE PLEASE NOTIFY ME OF WHAT I AM TO DO PLEASE AND THANK YOU

RESPECTFULLY SUBMITTED BY: *Murrell Braziel*

DATE: 12-8-23