UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DURRELL BREAZIEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00219-RLY-CSW ) |
| INDIANA DEPARTMENT OF CORRECTIONS, CHRISTINA REAGLE, DANNY MITCHELL, CHARLENT BURKETT, RICHARD WRIGHT, R. HOWERTON, R. JAMES, LASHAY W. NEWTON, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**Final Judgment**

The Court now enters final judgment. This action is **DISMISSED without prejudice**.

Date: 6/11/2024

Roger A. G. Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DURRELL BREAZIEL
978353
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only